# Third District Court of Appeal

## State of Florida

Opinion filed May 31, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1543
Lower Tribunal No. 14-6119
_____

**Jorge Salinas,**
Appellant,

vs.

**Martin Mobarak, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Beasley, Demos & Brown, LLC, and Joseph W. Beasley and Jennifer Perez Alonso, for appellant.

Shapiro, Blasi, Wasserman & Hermann, P.A., and Jeffrey A. Sarrow (Boca Raton), for appellee Martin Mobarak.

Before LAGOA, SCALES and LUCK, JJ.

PER CURIAM.

Appellant, plaintiff below, Jorge Salinas appeals the trial court's involuntary dismissal of Salinas's claims. We affirm because the evidence adduced at trial by Salinas failed to establish any of the causes of action Salinas asserted against Appellee, defendant below, Martin Mobarak. Kopel vs. Kopel, 117 So. 3d 1147, 1152 (Fla. 3d DCA 2013), rev'd on other grounds, No. SC13-992 (Fla. Jan. 26, 2017) (explaining that, to establish unjust enrichment claim, evidence of plaintiff conferring direct benefit upon defendant required); Beers vs. Beers, 724 So. 2d 109, 116-17 (Fla. 5th DCA 1998) (stating that imposition of constructive trust requires evidence of fiduciary relationship or evidence that defendant took unconscionable advantage of plaintiff); Edd Helms Elec. Contracting, Inc. v. Barnett Bank of S. Fla., N.A., 531 So. 2d 238, 238 (Fla. 3d DCA 1988) (holding that equitable lien unavailable when contract remedies are adequate).

Affirmed.